# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LYNELL COLEMAN, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| ) | 1:12-CV-02008-WBH |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| BRONNER BROS., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER APPROVING SETTLEMENT AGREEMENT AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Having considered the Parties' Joint Motion for Approval of Settlement Agreement and Stipulation of Dismissal with Prejudice in the above-referenced action, and after reviewing all documents related to the settlement of this matter and being fully advised, this Court find that all matters in controversy and dispute between the Plaintiff and Defendant have been fully settled. Therefore, it is:

**ORDERED AND ADJUDGED** that the Joint Motion for Approval of Settlement is **GRANTED** and this matter is hereby **DISMISSED** with prejudice.

**SO ORDERED**, this 30th day of July, 2014.

_____
THE HONORABLE WILLIS B. HUNT, JR.
JUDGE, UNITED STATES DISTRICT COURT